UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.

LYNDA BROADWAY,

     Plaintiff,

v.

TALLAHASSEE AUTO INVESTORS I,
LLC d/b/a ALL AMERICAN FORD,

     Defendant.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendant, Tallahassee Auto Investors I, LLC d/b/a All American Ford, has removed this cause to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. §§1332 and 1441.  The grounds for removal are:

1.     On or about September 3, 2010, Plaintiff, Lynda Broadway, filed a civil action against All American in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, entitled <u>Lynda Broadway v. Tallahassee Auto Investors I, LLC d/b/a All American Ford</u>, Case No. 10-CA-003081.  The Summons and Verified Complaint were served on Defendant on September 21, 2010.  Other than the September 21, 2010 service, no proceedings have been had in this matter.

2.     True and correct copies of all process and pleadings served upon Defendant are attached hereto as the following exhibits:

     Exhibit A – Complaint and Summons

3.     This Notice of Removal is filed within 30 days of Defendant's receipt of a copy of the Complaint, pursuant to 28 U.S.C. § 1446(b).

1

4.     This Notice of Removal is timely under the provisions of 28 U.S.C. §1446(b).

5.     This is a case over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, and which may be removed to this Court by the defendant pursuant to 28 U.S.C. §1441(b), in that it is a civil action in which a federal question arises under the laws of the United States.  In particular, the Complaint asserts claims under 29 U.S.C. §621 et seq., The Age Discrimination in Employment Act, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 et seq.  Therefore, this is a civil action over which this Court has original jurisdiction.

6.     Pursuant to 28 U.S.C. §1446(d), Defendant, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and has filed a copy of this Notice with the Clerk of the Second Judicial Circuit, Leon County, Florida, from which this case was removed.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

**WHEREFORE**, Defendant prays that the above-described action pending in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, be removed therefrom to this Court.

Date:   October 21, 2010

FISHER & PHILLIPS LLP                      By:   s/David A. Buchsbaum
450 East Las Olas Boulevard                       David A. Buchsbaum
Suite 800                                         (Fla. Bar No. 117961)
Fort Lauderdale, Florida  33301                   Philip R. Marchion
Telephone:     (954) 525-4800                     (Fla. Bar No. 23773)
Facsimile:     (954) 525-8739

                                                  *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on **October 21, 2010**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

     s/David A. Buchsbaum

David A. Buchsbaum

## SERVICE LIST

Marie A. Mattox, Esquire
Maria A. Mattox, PA
310 East Bradford Road
Tallahassee, FL 323031

*Attorney for Plaintiff*
**Via U.S. Mail**

David A. Buchsbaum
dbuchsbaum@laborlawyers.com
Philip R. Marchion
pmarchion@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys For Defendant*