IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LYNDA BROADWAY,

    Plaintiff,

v.                               CASE NO.: 4:10cv465-SPM/WCS

TALLAHASSEE AUTO INVESTORS
I LLC,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO COMPEL ARBITRATION AND STAYING CASE**

This cause comes before the Court on the Parties' Joint Motion to Compel Arbitration and Stay Judicial Proceedings (doc. 7). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Motion (doc. 7) is GRANTED and this action is hereby stayed.

2.     The Parties are directed to submit the claims involved in this action to arbitration pursuant to their agreement.

3.     Plaintiff shall file a report on the status of arbitration on March 1, 2011, and the first day of every July, November, and March

thereafter.

DONE AND ORDERED this <u>first</u> day of December, 2010.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge