UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LYNDA BROADWAY,**

      **Plaintiff,**

v.                                    Case No. 4:10-cv-465-SPM/WCS

**TALLAHASSEE AUTO INVESTORS
I, LLC d/b/a ALL AMERICAN FORD,**

      **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Plaintiff hereby notifies the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties, with each side to bear their own fees and costs. Plaintiff requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

                                                     Respectfully submitted

                                                     /s/ Marie A. Mattox
                                                     Marie A. Mattox [FBN 0739685]
                                                     MARIE A. MATTOX, P.A.
                                                     310 East Bradford Road
                                                     Tallahassee, FL 32303
                                                     (850) 383-4800 (telephone)
                                                     (850) 383-4801 (facsimile)

                                                     ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by CM/ECF to all counsel of record this 5th day of March, 2012.

/s/ Marie A. Mattox<br>Marie A. Mattox